UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

LORRI ANN GLOVER,   Case No.: 6:15-bk-10319-CCJ
   Chapter: 7
    Debtor.
_____/

**CONSENT TO MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, ENCUMBRANCES AND INTERESTS WITH CONSENT OF ALL LIENHOLDERS**

    SunTrust Mortgage, Inc. (the "Secured Creditor"), by and through undersigned counsel, responds to the Motion to Sell Real Property Free and Clear of Liens, Encumbrances and Interests with Consent of All Lienholders (the "Motion") (Doc. No. 69) and in support thereof, Secured Creditor states as follows:

    1.    <u>Debtor's Bankruptcy Case</u>:    This case was commenced by the filing of a voluntary Chapter 13 petition on December 09, 2015.  The case was converted to a Chapter 13 on June 9, 2016.

    2.    <u>Collateral</u>:    Secured Creditor holds a mortgage lien against the Debtor's property located at 10711 Leader Lane, Orlando, Florida 32825 (the "Property").

    3.    <u>Motion</u>:    The Chapter 7 Trustee is seeking authority to sell the Property.  A copy of the approval letter was attached to the Motion.

    4.    <u>Response</u>:    Secured Creditor reserves the right to supplement and/or amend this Response.

    ##REMAINDER OF PAGE INTENTIONALLY LEFT BLANK##

_____
MCCALLA RAYMER LEIBERT PIERCE, LLC
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301

WHEREFORE, the Secured Creditor requests that the Court enter an order approving Motion to Sell Real Property Free and Clear of Liens, Encumbrances and Interests with Consent of All Lienholders, and for such other and further relief as the Court deems just and proper.

McCalla Raymer Leibert Pierce, LLC

By: */s/Ashley Prager Popowitz*
Ashley Prager Popowitz
Florida Bar No. 72341
1544 Old Alabama Road
Roswell, GA 30076
754-263-1065
Ashley.Popowitz@mccalla.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on March 27, 2018 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail, First Class to Lorri Ann Glover, 10711 Leader Lane, Orlando, FL 32825.

By: */s/Ashley Prager Popowitz*
Ashley Prager Popowitz

- **Andrew W Houchins**   arivera@rushmarshall.com
- **Arvind Mahendru**   amtrustee@gmail.com, amahendru@ecf.epiqsystems.com
- **Ronnald R Mejia**   ronnald@ronnaldmejia.com
- **Nicole Mariani Noel**   bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com
- **Steven G Powrozek**   spowrozek@logs.com, electronicbankruptcynotices@logs.com
- **United States Trustee - ORL7/13**   USTP.Region21.OR.ECF@usdoj.gov

MCCALLA RAYMER LEIBERT PIERCE, LLC
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301